IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**STEPHANIE NICOLE CRUMLEY**  **PLAINTIFF**

**V.**  **CASE NO. 3:19-CV-03005**

**NURSE JODY WOODS, Jail Nurse; and**
**OFFICER GENE ATWELL**  **DEFENDANTS**

## OPINION AND ORDER

Plaintiff Stephanie N. Crumley filed this civil rights action pursuant to 42 U.S.C. § 1983 in the Eastern District of Arkansas on January 7, 2019. The case was transferred to this Court by Order (Doc. 3) entered on January 9, 2019. Crumley proceeds *pro se* and *in forma pauperis*.

Crumley was incarcerated in the Boone County Detention Center ("BCDC") when she filed the Complaint (Doc. 2) and the Amended Complaint (Doc. 16). She was specifically advised, *see* Doc. 5, that she was required to immediately inform the Court of any change of address. In particular, she was advised that if she were transferred or released, she must update the Court about the change in her address by no later than thirty (30) days from the time of her transfer to another facility or her release. Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires *pro se* parties to "promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."

On July 5, 2019, Defendants filed a Motion to Dismiss (Doc. 32). On July 8, 2019,

1

an Order was entered, see Doc. 35, directing Crumley to file a response to the Motion to Dismiss by July 29, 2019. The Order was returned to the Court as undeliverable on July 24, 2019, with a notation that Crumley was no longer incarcerated in the BCDC.

In the Motion to Dismiss, Defendants contend they have been unable to effect service of correspondence and of their initial disclosures on Crumley. Defendants maintain that Crumley has failed to comply with Rule 5.5(c)(2) of the Local Rules of the Eastern and Western Districts of Arkansas.

To date, Crumley has not provided a new address or contacted the Court in anyway. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 27th day of August, 2019.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE